JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAST LOS ANGELES SHERIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-07867-SVW-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: __April 15, 2022_____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE